# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| SBA TOWERS II LLC, | : | No. 137 WAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WIRELESS HOLDINGS, LLC AND JEFF | : | |
| MACALARNEY, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.